# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **LATOSHA N. MATHIS, aka SHAHANNA BYRD,** | : | |
| | : | **Case No. 2:09-cv-155,** |
| Petitioner, | | **2:07-cr-266** |
| | : | |
| v. | | **Judge Holschuh** |
| | : | |
| **UNITED STATES OF AMERICA,** | | **Magistrate Judge Preston Deavers** |
| | : | |
| Respondent. | | |
| | : | |

## ORDER

On December 30, 2010, Magistrate Judge Deavers issued a Report and Recommendation, recommending that the Court dismiss Petitioner's motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255. Although the parties were informed of their right to file objections to the Report and Recommendation, and of the consequences of their failure to do so, no objections have been filed within the time allotted.

Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. 65) and **DISMISSES** this action.

**IT IS SO ORDERED.**

Date: January 19, 2011            **/s/ John D. Holschuh**
                                  John D. Holschuh, Judge
                                  United States District Court